THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0167-JCC |
| Plaintiff, | ORDER |
| v. | |
| ALI AL-MOHANAWY, | |
| Defendant. | |

This matter comes before the Court on Defendant Ali Al-Mohanawy's unopposed motion for a six-month continuance of the disposition hearing (Dkt. No. 13). The Probation Office has alleged that Defendant violated the conditions of his supervised release by failing to report for drug testing between October 19, 2020 and April 19, 2021; lying to his Probation Officer; and using marijuana on or about April 20, 2021. (Dkt. No. 9.) Defendant's initial appearance on these alleged violations is scheduled for May 21, 2021 before Magistrate Judge Vaughan. (Dkt. No. 14.)

Defendant asks this Court to set the disposition hearing out by six months to allow him to engage in substance abuse treatment and demonstrate his compliance with supervision. (Dkt. No. 13 at 1.) The Government does not object. (*Id.*) Having thoroughly considered the motion and the relevant record, and finding good cause, the Court GRANTS the motion and ORDERS that the evidentiary hearing on the revocation of supervised release is set for Tuesday, November 16,

ORDER
CR19-0167-JCC
PAGE - 1

1 | 2021, at 9:00 a.m. before the undersigned.

2 | DATED this 14th day of May 2021.

*[Signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE